# THE COMMONWEALTH COURT OF PENNSYLVANIA

Antwaun Raymoan Wilson, :
            Petitioner :
             :
        v. : No. 329 C.D. 2015
             :
Pennsylvania Board of Probation :
and Parole, :
            Respondent :

# **O R D E R**

AND NOW, this 25th day of September, 2015, the opinion filed August 11, 2015, in the above-captioned matter shall be designated Opinion rather than Memorandum Opinion, and it shall be reported.

_____
DAN PELLEGRINI, President Judge